UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-21719-CIV-JORDAN

| | |
|---|---|
| IN RE: | ) |
| PUIG, INC., et al., | ) |
| Debtors. | ) |
| _____ | ) |
| PUIG DEVELOPMENT CORP. | ) |
| Plaintiff-Appellee | ) |
| vs. | ) |
| MICHAEL J. ROSENBAUM and FIELDSTONE LESTER SHEAR & DENBERG, LLP, | ) |
| Defendants-Appellants | ) |

### ORDER DISMISSING APPEAL AND CLOSING CASE

The appellants' initial brief was due on July 28, 2008, if the bankruptcy court had not approved the settlement. The appellants have not filed their initial brief, and no one has sought any further stay, so I presume the bankruptcy court approved the settlement.

Accordingly, the appeal in this case is dismissed without prejudice. This case is closed.

DONE and ORDERED in chambers in Miami, Florida, this 30th day of July, 2008.

_____
Adalberto Jordan
United States District Judge

cc:   All counsel of record.